## EDDIE ABERNATHY *v.* COMMISSIONER OF CORRECTION

The petitioner Eddie Abernathy's petition for certification for appeal from the Appellate Court, 126 Conn. App. 901 (AC 31207), is denied.

*Matthew J. Collins*, special public defender, in support of the petition.

*Melissa Patterson*, assistant state's attorney, in opposition.

Decided February 17, 2011